HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
IVAN SOTO TORRES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>IVAN SOTO TORRES,<br><br>        Defendant. | No.  Cr. F 09-444 LJO<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |
|---|---|

Defendant, IVAN SOTO TORRES, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.   Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.   On December 17, 2010, this Court sentenced Mr. Torres to a term of 121 months imprisonment;

3.   His total offense level was 31, his criminal history category was II, and the resulting guideline range was 121 to 151 months;

4. The sentencing range applicable to Mr. Torres was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Torres' total offense level has been reduced from 31 to 29, and his amended guideline range is 97 to 121 months. However, he is subject to the statutory mandatory minimum term of 120 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Torres' term of imprisonment to a total term of 120 months.

Respectfully submitted,

Dated:  May 28, 2015                                   Dated:   May 28, 2015

BENJAMIN B. WAGNER                           HEATHER E. WILLIAMS
United States Attorney                                  Federal Defender


 /s/ _Kathleen A. Servatius_                          /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                        DAVID M. PORTER
Assistant U.S. Attorney                                 Assistant Federal Defender

Attorney for Plaintiff                                      Attorney for Defendant
UNITED STATES OF AMERICA                  IVAN SOTO TORRES

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Torres is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 97 to 121 months. Mr. Torres is subject to the statutory mandatory minimum of 120 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in December 2010 is reduced to a term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Torres shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **May 28, 2015**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE