Case 1:09-cr-00444-LJO   Document 30   Filed 06/05/15   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| United States of America | ) | |
| v. | ) | Case No: 1:09-CR-00444-001 LJO |
| IVAN SOTO TORRES. | ) | USM No: 64797-097 |

Date of Original Judgment: 12/17/2010
Date of Previous Amended Judgment:       David M. Porter, Assistant Federal Defender
*(Use Date of Last Amended Judgment if Any)*       *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  121  months **is reduced to**  120 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  12/17/2010  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/28/2015          /s/ Lawrence J. O'Neill
                    *Judge's signature*

Effective Date: 11/01/2015         Honorable Lawrence J. O'Neill, District Court Judge